CHARLES WOOD, Appellant, *v.* WILLIAM MITCHELL et al., Respondents.

(Argued January 31, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 7, 1892, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*James C. Bergen* for appellant.

*Everett D. Barlow* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HENRY E. WEED, Respondent, *v.* FIRE ASSOCIATION of Philadelphia, Appellant.

(Argued January 31, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 30, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*A. H. Sawyer* for appellant.

*G. B. Wellington* for respondent.

Agree to affirm on authority of *Weed* v. *Hamburg-Bremen F. Ins. Co.* (133 N. Y. 394); no opinion.
All concur.
Judgment affirmed.